| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Johnston, Iain D. | Northern District of Illinois, Western Division | 05/13/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (Full Time) | ☐ Nomination ☐ Initial ☑ Annual ☐ Final | 01/01/2017 to 12/31/2017 |
|  | 5b. ☐ Amended Report |  |

**7. Chambers or Office Address**

U.S. District Court
327 South Church Street
Room 6200
Rockford, IL 61101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Rockford University |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnston, Iain D. | 05/13/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Johnston Greene LLC Agreement | $90,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Reading in Motion Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Illinois State Bar Associatioin | 6/16/2017 | Fontana, Wisconsin | Attend Committee Meeting | Travel |
| 2. | Illinois State Bar Association | 12/09/2017 | Chicago, Illinois | Attend Committee Meeting | Travel |
| 3. | Duke University | 5/15/2017 | Durham, North Carolina | Attend EDRM Meeting | Travel |
| 4. | ABA/Aspen Institute | 7/21/2017 | Evanston, Illinois | 7th Circuit Justice and Socieity Weekend Program | Travel |
| 5. | Duke University | 9/06/2017 | Arlington, Virginia | Attend EDRM Meeting | Travel |

| Name of Person Reporting | Date of Report |
|---|---|
| **Johnston, Iain D.** | 05/13/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnston, Iain D. | 05/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Disney Common Stock | A | Dividend | K | T | | | | | |
| 2. College Illinois 529 Prepaid Tuition Plan (See Part 8) | | None | K | T | | | | | |
| 3. American Funds UGTM | | | | | | | | | |
| 4. -Income Fund of America-A | A | Dividend | K | T | | | | | |
| 5. -Income Fund of America -B | A | Dividend | J | T | | | | | |
| 6. Chase Accounts | A | Interest | O | T | | | | | |
| 7. Alpine Bank | A | Interest | O | T | | | | | |
| 8. US Bonds Series I | A | Interest | M | T | | | | | |
| 9. Great Western Retirement 401k | | | | | | | | | |
| 10. -American Funds Capital World G/I R3 | A | Dividend | | | Sold | 08/04/17 | J | | |
| 11. -American Funds EuroPacific GR R3 | A | Dividend | | | Sold | 08/04/17 | J | | |
| 12. -Janus Overseas Fun S | A | Dividend | | | Sold | 08/04/17 | J | | |
| 13. -Lazard Emerging Markets Open | A | Dividend | | | Sold | 08/04/17 | J | | |
| 14. -Oakmark International II | A | Dividend | | | Sold | 08/04/17 | J | | |
| 15. -Invesco Energy Inv | A | Dividend | | | Sold | 08/04/17 | J | | |
| 16. -Ivy Science & Technology Y | A | Dividend | | | Sold | 08/04/17 | J | | |
| 17. -Oppenheimer Gold & Special Minerals A | A | Dividend | | | Sold | 08/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnston, Iain D. | 05/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Fidelity Advisor Small Cap T | A | Dividend | | | Sold | 08/04/17 | J | | |
| 19. -Great-West S&P Small Cap 600 Index Fund I | A | Dividend | | | Sold | 08/04/17 | J | | |
| 20. -Invesco Small Cap Value A | A | Dividend | | | Sold | 08/04/17 | J | | |
| 21. -Great West T Row Price MidCap Gr. Fund I | A | Dividend | | | Sold | 08/04/17 | J | | |
| 22. -Lord Abbett Value Opportunities A | A | Dividend | | | Sold | 08/04/17 | J | | |
| 23. -Perkins Mid Cap Value S | A | Dividend | | | Sold | 08/04/17 | J | | |
| 24. -Alger Capital Appreciation Instil 1 | A | Dividend | | | Sold | 08/04/17 | J | | |
| 25. -American Funds Fundamental Invs R3 | A | Dividend | | | Sold | 08/04/17 | J | | |
| 26. -Dryfus Stategic Value A | A | Dividend | | | Sold | 08/04/17 | J | | |
| 27. -great-West S&P Index Fund I | A | Dividend | | | Sold | 08/04/17 | J | | |
| 28. -Invesco Growth &Income A | A | Dividend | | | Sold | 08/04/17 | J | | |
| 29. -Janus Forty S | A | Dividend | | | Sold | 08/04/17 | J | | |
| 30. -Franklin High Income R | A | Dividend | | | Sold | 08/04/17 | J | | |
| 31. -Oppenheimer Internal Bond Fund A | A | Dividend | | | Sold | 08/04/17 | J | | |
| 32. -PACE Government Secs Fixed Income Y | A | Dividend | | | Sold | 08/04/17 | J | | |
| 33. -PIMCO Total Return Admin | A | Dividend | | | Sold | 08/04/17 | J | | |
| 34. -Thompson Bond Fund | A | Dividend | | | Sold | 08/04/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnston, Iain D. | 05/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -Key Guaranteed Portfolio Fund | A | Dividend | | | Sold | 08/04/17 | J | | |
| 36.   Heritage Credit Union | A | Interest | N | T | Open | 12/22/17 | N | | |
| 37.   Vanguard Inst'l Target Retirement 2030 | B | Dividend | N | T | Buy | 08/04/17 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnston, Iain D. | 05/13/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The College Illinois is a pre-paid college tution program. I purchased 8 semesters for ▮▮▮▮▮▮▮. There is no investment component to this program

| Name of Person Reporting | Date of Report |
|---|---|
| Johnston, Iain D. | 05/13/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Iain D. Johnston**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544